Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

United States District Court
South District of New York                          7:19-cv-04706-CS

| | |
|---|---|
| Francis McVetty, Jane Doe individually and on behalf of all others similarly situated<br><br>                                Plaintiffs<br><br>             - against -<br><br>Garmin USA, Inc.<br><br>                           Defendant | Notice of Voluntary Dismissal |

Plaintiffs gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   July 19, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
505 Northern Blvd., Suite 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com
E.D.N.Y. #  SS-8533
S.D.N.Y. #  SS-2056

7:19-cv-04706-CS
United States District Court
South District of New York

Francis McVetty, Jane Doe individually and on behalf of all others similarly situated

                                        Plaintiffs

              - against -

Garmin USA, Inc.

                              Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  July 19, 2019

                                        /s/ Spencer Sheehan
                                        Spencer Sheehan